**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:   JACOB WILLIAM LANE
         AMY MCKENZIE LANE
                  DEBTOR(S).                    **CHAPTER:  7**
_____/ **CASE NO: 19--30974**

**ORDER GRANTING DEBTOR'S AMENDED MOTION TO AVOID LIEN**
**(Doc.29)**

**THIS CASE,** came before the Court on Debtor's Amended Motion to Avoid Lien (Doc. 29) and the failure of Creditor to file a response within the time limit required by law, and the Court being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that:

1. Debtor's Amended Motion to Avoid Lien is hereby granted to the extent that Creditor's judgment described below does not attach to Debtor's homestead property.

2. Pursuant to Section 522(b) of the Bankruptcy Code, this lien is described as follows: RED IRON ACCPETANCE, LLC,**OR Book  8143 Page 518, Instrument #2019068837 and OR Book  8143 Page 516, Instrument #2019068836; in the Public Records of Escambia County, Florida.;** and does not attach to the following-described real property of Debtor,

Located at:  1620 E. Scott Street, Pensacola, Florida 32503;

Legally described as follows:

**LOT 13, BLOCK 304, NEW CITY TRACT, ACCORDING TO THE MAP COPYRIGHTED BY THOMAS C. WATSON ON 1906, OF THE CITY OF PENSACOLA, PUBLIC RECORDS OF ESCAMBIA COUNTY, FLORIDA.**

3. Unless the Debtors bankruptcy case is dismissed, the lien is hereby extinguished and shall not survive the bankruptcy nor affix to or remain enforceable against the Debtor's property described above.

**DONE AND ORDERED** this  31st   day of  December  , 2019.

KAREN K. SPECIE
U. S. Bankruptcy Judge

Prepared by Amy Logan Sliva

Attorney, Amy Logan Sliva, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the Order.